UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMBRIAN BIOPHARMA INC.,

               Plaintiff,

    - against -

SEBASTIAN AGUIAR BRUNEMEIER and
PANTHEON HOLDING, LLC,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/22

22 Civ. 3310 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The defendants Sebastian Aguiar Brunemeier and Pantheon Holdings, LLC ("Defendants") assert that the letter, dated May 25, 2022, from plaintiff Cambrian Biopharma Inc. ("Cambrian") fails to comply with the Court's Individual Practices because Cambrian did address which of the Defendants' objections to the complaint that Cambrian concurs with and which it does not. (Dkt. No. 14.) Cambrian is directed to file a letter, with its amended complaint, that responds to the Defendants' objections. Specifically, Cambrian shall explain how the amended complaint addresses the deficiencies that the Defendants identified.

**SO ORDERED.**

Dated:    May 31, 2022
           New York, New York

                                                      _____
                                                              Victor Marrero
                                                                U.S.D.J.