**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022
```

CAMBRIAN BIOPHARMA INC.,

                Plaintiff,

- against -

SEBASTIAN AGUIAR BRUNEMEIER and
PANTHEON HOLDING, LLC,

                Defendants.

**22 Civ. 3310 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

      On June 23, 2022, and consistent with the Court's Individual Practices, counsel for defendants Sebastian Aguiar Brunemeier and Pantheon Holding, LLC ("Defendants") sent counsel for plaintiff Cambrian Biopharma Inc. ("Cambrian") a pre-motion letter identifying alleged deficiencies in the complaint that Cambrian filed in this action, and that allegedly would provide a basis supporting a motion to dismiss. (<u>See</u> Dkt. No. 19.) On June 30, 2022, also consistent with the Court's Individual Practices, counsel for Cambrian sent a three-page letter in response, opposing the grounds that Defendants stated in favor of the proposed motion. (<u>See</u> Dkt. No. 20.) On July 8, 2022, the Court received a letter from Defendants requesting a pre-motion conference, and asserting that the letter exchange did not resolve the dispute and thus failed to avoid motion practice at this stage of the proceedings. (<u>See</u> Dkt. No. 21.)

      Upon review of all pre-motion letters, the Court is unpersuaded that a pre-motion conference is necessary to resolve the parties'

dispute. Within one week of the date of this order, the parties shall notify the Court whether they consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of the letters, or whether the parties request supplemental or full briefing on Defendants' proposed motion. If the parties request supplemental or full briefing, they are directed to submit a proposed briefing schedule within one week of the date of this order.

**SO ORDERED.**

Dated: August 9, 2022
      New York, New York

                                                **VICTOR MARRERO**
                                                      **U.S.D.J.**