

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3582
smadavo@foley.com

CLIENT/MATTER NUMBER
123841-0113

October 18, 2022

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cambrian Biopharma Inc. v. Brunemeier*
Case No. 1:22-cv-03310-VM

> Application GRANTED. The conference previously scheduled for November 1, 2022 shall be adjourned to **November 4, 2022** at 10:30 a.m.
>
> Dated: October 18, 2022
> New York, New York
>
> SO ORDERED
> *[signature]*
> JENNIFER L. ROCHON
> United States District Judge

Dear Judge Rochon:

Our Firm represents Plaintiff Cambrian Biopharma Inc. ("Cambrian" or "Plaintiff") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules, Plaintiff respectfully submits this letter to request that the Court reschedule the November 1, 2022 initial pretrial conference.

Counsel for Plaintiff is unavailable on November 1 due to international travel, and counsel for Defendants have consented to an adjournment of the conference. Both parties are available on November 4, 14 and 17. The parties are prepared to provide alternative dates and times if necessary.

We thank the Court for its consideration. No prior request has been made for the relief sought herein.

Respectfully Submitted,

*/s/ Sara P. Madavo*

Sara P. Madavo

cc: All counsel of record via ECF